CRAWFORD COTTON MILLS *v.* SIGMON, REINHART & RUTLEDGE *et al.*

ATKINSON, J. On conflict of evidence the judge did not abuse his discretion in denying the injunction, or in subsequently refusing to modify the judgment by requiring the defendants to give a bond.

*Judgment affirmed. All the Justices concur.*

No. 1346. JULY 16, 1919.

Petition for injunction. Before Judge Hodges. Madison superior court. February 5, 17, 1918.

*Paul Brown, King & Spalding,* and *John A. Sibley,* for plaintiff. *Tate Wright* and *Rucker & Bell,* for defendants.